MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

MATTHEW D. MURPHEY, ESQ. (*pro hac vice*)
matt@themurpheylawyers.com
MURPHEY & MURPHEY
A PROFESSIONAL CORPORATION
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656
Telephone: (949) 464-4540
Facsimile: (562) 375-6674

*Attorneys for Plaintiff Cenegenics, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTI-AGING AND WELLNESS CLINIC,<br>  aka ANTI-AGING AND WELLNESS,<br>  aka ANTI AGING & WELLNESS<br>    CLINIC,<br>  aka ANTIAGE AND WELLNESS<br>    CLINIC;<br>ALUVALIFE, LLC,<br>  aka ANTI-AGING AND WELLNESS,<br>  aka ANTI-AGING AND WELLNESS<br>    CLINIC,<br>  dba ANTI-AGING AND WELLNESS<br>    MEDICAL;<br>ANTI AGING COSTA RICA<br>  aka ANTI-AGING COSTA RICA;<br>JAMES D. RICHIE; and<br>JOHN DOES 1-10, unidentified individuals and/or entities,<br><br>Defendants. | CASE NO.: 2:20-cv-01081-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ALUVALIFE, LLC AND JAMES D. RICHIE TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Cenegenics, LLC ("Plaintiff"), by and through their counsel Maximilien D. Fetaz with Brownstein Hyatt Farber Schreck, LLP and Matthew Murphey with Murphey & Murphey, and Defendants Aluvalife, LLC aka Anti-Aging and Wellness, aka Anti-Aging and Wellness

21630271

1

Clinic, dba Anti-Aging and Wellness Medical (collectively, "Aluvalife") and James D. Richie, by and through their counsel Melanie Hill with Melanie Hill Law PLLC, hereby stipulate and agree to extend Defendant Aluvalife's deadline to respond to Plaintiff's Complaint for seven (7) days from October 26, 2020 to November 2, 2020 and further stipulate to extend Defendant James D. Richie's deadline to respond to Plaintiff's Complaint for seven (7) days from November 4, 2020 to November 11, 2020.

The basis for these extensions is to provide the parties with time to continue discussions toward potential resolution of Plaintiff's claims and partial dismissal of this lawsuit against Aluvalife and James D. Richie. This is the second stipulation for extension of time for Defendants Aluvalife, LLC and James D. Richie to respond to the Complaint.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: October 26, 2020 | DATED: October 26, 2020 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MELANIE HILL LAW PLLC |
| */s/ Maximilien D. Fetaz* <br> MAXIMILIEN D. FETAZ, ESQ. <br> Nevada Bar No. 12737 <br> mfetaz@bhfs.com <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 <br><br> MATTHEW D. MURPHEY, ESQ. <br> (*pro hac vice*) <br> matt@themurpheylawyers.com <br> MURPHEY & MURPHEY <br> A PROFESSIONAL CORPORATION <br> 120 Vantis Drive, Suite 300 <br> Aliso Viejo, CA 92656 <br><br> *Attorneys for Plaintiff Cenegenics, LLC* | */s/ Melanie A. Hill* <br> MELANIE A. HILL, ESQ. <br> Nevada Bar No. 8796 <br> Melanie@MelanieHillLaw.com <br> 520 S. 7th Street, Suite A <br> Las Vegas, NV 89101 <br> Telephone: (702) 362-8500 <br> Facsimile: (702) 362-8505 <br><br> *Attorney for Defendants James D. Richie and Aluvalife, LLC, aka Anti-Aging and Wellness, aka Anti-Aging and Wellness Clinic, dba Anti-Aging and Wellness Medical* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-27-2020

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

21630271