1  MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
   mfetaz@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV 89106-4614
   Telephone: (702) 382-2101
4  Facsimile: (702) 382-8135

5  MATTHEW D. MURPHEY, ESQ. (*pro hac vice*)
   matt@themurpheylawyers.com
6  MURPHEY & MURPHEY
   A PROFESSIONAL CORPORATION
7  120 Vantis Drive, Suite 300
   Aliso Viejo, CA 92656
8  Telephone: (949) 464-4540
   Facsimile: (562) 375-6674

9
   *Attorneys for Plaintiff Cenegenics, LLC*
10

11 MELANIE A. HILL, ESQ., Nevada Bar No. 8796
   Melanie@MelanieHillLaw.com
12 MELANIE HILL LAW PLLC
   520 S. 7th Street, Suite A
13 Las Vegas, NV 89101
   Telephone: (702) 362-8500
14 Facsimile: (702) 362-8505

15 *Attorney for Defendant James D. Richie and Aluvalife, LLC*

16
                **UNITED STATES DISTRICT COURT**
17
                    **DISTRICT OF NEVADA**
18

19 CENEGENICS, LLC,                          CASE NO.: 2:20-cv-01081-KJD-VCF

20            Plaintiff,

21 v.

22 ANTI-AGING AND WELLNESS CLINIC,           **CONSENT DECREE OF PERMANENT**
      aka ANTI-AGING AND WELLNESS,           **INJUNCTION AS TO DEFENDANTS**
22    aka ANTI AGING & WELLNESS              **JAMES D. RICHIE AND**
      CLINIC,                                **ALUVALIFE, LLC**
23    aka ANTIAGE AND WELLNESS
      CLINIC;
24 ALUVALIFE, LLC,
      aka ANTI-AGING AND WELLNESS,
25    aka ANTI-AGING AND WELLNESS
      CLINIC,
26    dba ANTI-AGING AND WELLNESS
      MEDICAL;
27 ANTI AGING COSTA RICA
      aka ANTI-AGING COSTA RICA;
28

21630271

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

DocuSign Envelope ID: BA6FBE0G-2F7A-43D7-BA6F-B68829E77AB7

1  JAMES D. RICHIE; and
2  JOHN DOES 1-10, unidentified individuals
   and/or entities,

3                          Defendants.

4          Plaintiff Cenegenics, LLC ("Plaintiff") filed its Complaint in this action ("Complaint")

5  seeking, among other things, injunctive relief against Defendants Aluvalife, LLC aka Anti-Aging

6  and Wellness, aka Anti-Aging and Wellness Clinic, dba Anti-Aging and Wellness Medical

7  ("Aluvalife") and James D. Richie ("Richie) (collectively, "Defendants" and together with Plaintiff,

8  the "Parties")).  Defendants have appeared in this action by and through their counsel, and each

9  Defendant has consented to the entry of this Consent Decree of Permanent Injunction (the

10 "Decree"), without contest and before the filing of any responsive pleading to the Complaint.

11         Since the filing of the Complaint, Plaintiff assigned all of its assets, including the trademarks

12 at issue in this action, to BestLife Holdings, Inc. dba Cenegenics.  The Parties understand and agree

13 that BestLife Holdings, Inc. dba Cenegenics has succeeded to and replaced Plaintiff as to all claims

14 and interests at issue in the Complaint, and as such, Plaintiff and BestLife Holdings, Inc. dba

15 Cenegenics are collectively referred to throughout this Decree as "Cenegenics."

16         Aluvalife and Richie, without admitting or denying the allegations in the Complaint for the

17 purposes of this Decree, except as to jurisdiction and venue, which they admit, consent to the entry

18 of this Decree and state that the consent is entered into voluntarily and that no promise or threat has

19 been made by Cenegenics, or any member, officer, agent or representative thereof, to induce

20 Defendants to consent to this Decree.

21         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

22         1.      This Court has jurisdiction over Aluvalife and Richie and the subject matter of this

23 action under 28 U.S.C. §§ 1331 and 1338, as well as 15 U.S.C. §§ 1121 and 1125, and its inherent

24 equitable authority.  Additionally, this Court has supplemental jurisdiction over all additional non-

25 federal claims, pursuant to 28 U.S.C. § 1367.

26         2.      Aluvalife and Richie are subject to this Court's specific and general personal

27 jurisdiction due at least to their substantial business activity in this District, including at least a

28 portion of the infringement, deceptive trade practices and disparagement of Cenegenics's products

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2

DocuSign Envelope ID: BA6FBE0G-257A-43D7-B46F-B68839E77AB7

1    and services, as alleged in the Complaint.

2          3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial

3    part of the alleged acts of infringement, disparagement and other wrongful conduct giving rise to

4    the Complaint occurred in this District.

5          4.      Aluvalife and Richie waive the entry of findings of fact and conclusions of law for

6    the purpose of this Decree pursuant to Rule 52 of the Federal Rules of Civil Procedure.

7          5.      The Complaint states a cause of action for federal trademark infringement under 15

8    U.S.C. § 1114, Nevada common law trademark infringement, federal unfair competition under 15

9    U.S.C. § 1125(a), and Nevada deceptive trade practices, based upon allegations of infringement of

10   Cenegenics' federally registered trademarks, which include: an incontestable registration for the

11   word mark "CENEGENICS" (U.S. Trademark Registration No. 2,223,227 or the "'227 Mark");

12   and a registration for the "CENEGENICS" design mark (U.S. Trademark Registration No.

13   4,656,290 or the "'290 Mark") (referred to collectively as, the "Cenegenics Marks"), and other

14   alleged acts of unfair trade practices and disparagement of the Cenegenics Marks.

15         6.      The Complaint alleges that, Aluvalife, under the direction and control of Richie,

16   and/or in association or cooperation with Defendants Anti-Aging and Wellness Clinic and/or Anti-

17   Aging Costa Rica, conducts business and advertises services as a direct competitor to Cenegenics

18   in the Age Management industry via various online websites, including those located at

19   https://www.antiagecr.com and https://antiagemedical.com (the "Aluvalife Websites") and various

20   webpages accessible directly or indirectly therefrom.

21         7.      The Complaint further alleges that the Aluvalife Websites are used to advertise,

22   promote and provide their competing services by making use of the Cenegenics® name and/or by

23   invoking the Cenegenics Marks, without authorization or consent by Cenegenics, and by including

24   statements that disparage Cenegenics' products and services and/or that contain false, misleading

25   and/or unfair statements.

26         8.      The Complaint further alleges that the unauthorized usage of the Cenegenics® name

27   and/or the Cenegenics Marks has at all relevant times been:  (i) in a manner likely to confuse

28   consumers as to its association, affiliation, endorsement or sponsorship with or by Cenegenics, and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

(ii) in ways that are deceptive and disparaging, and thus particularly damaging to Cenegenics.

9. The Complaint further alleges that Cenegenics has never had any association, affiliation or connection with Aluvalife and Richie, Cenegenics has never endorsed, authorized, approved, or sponsored the Aluvalife Websites or its related competing services, and Cenegenics has never authorized or consented to use of the Cenegenics® name or the Cenegenics Marks or any other Cenegenics intellectual property by Aluvalife and Richie.

10. As of November 10, 2020, Aluvalife and Richie warrant that:

a. All uses of the Cenegenics® name and the Cenegenics Marks on the Aluvalife Websites have been removed;

b. They are presently not using the Cenegenics® name or the Cenegenics Marks in any other URLs, page names, page content and/or meta descriptions in any other form of advertising;

c. To the extent that they include the Cenegenics® name or the Cenegenics Marks in any future advertising or other public statements, such as comparative advertising, they agree that such use shall include the trademark symbol "®" and an appropriate disclaimer that acknowledges that the Cenegenics Marks are owned by Cenegenics and that Aluvalife and Richie are not affiliated in any way with Cenegenics; and

d. They will not include the Cenegenics® name or the Cenegenics Marks in any of their domain name(s) or URLs.

11. Upon entry of this Decree, Aluvalife and Richie, and all persons or entities acting in concert with Aluvalife and Richie who have received actual notice of this Decree by personal service or otherwise, during the pendency of this action, and thereafter perpetually, are permanently restrained and enjoined from:

a. Displaying the Cenegenics® name or the Cenegenics Marks, or any colorable imitation of the same, anywhere on Aluvalife or Richie's sales, marketing, and/or promotional materials, including specifically any content posted on the Aluvalife Websites and the various webpages that are accessible therefrom through clickable links, and/or using the Cenegenics® name or the Cenegenics Marks in the source code for such websites, except for use

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4

in connection with lawful comparative advertising in a non-misleading manner;

      b.     Unfairly competing with Cenegenics by further acts of infringement, making unauthorized use of the Cenegenics® name or the Cenegenics Marks, and making and/or publishing misleading, disparaging and deceptive statements concerning Cenegenics and any of its products, services, doctors, and employees; and

      c.     Falsely suggesting an affiliation or endorsement by Cenegenics of Aluvalife or Richie's products and services by further acts of infringement and/or making unauthorized use of the Cenegenics® name or the Cenegenics Marks.

12. The injunctive provisions of this Decree shall be binding on Aluvalife and Richie, upon any person insofar as he/she is acting in any capacity as officer, agent, servant, employee, representative or attorney for Aluvalife or Richie, and upon any person who receives actual notice of this Decree by personal service or otherwise to the extent such person is acting in active concert or participation with Aluvalife or Richie.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

13.     This Court retains jurisdiction over this action and the Parties for the purpose of enforcing and modifying this Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: _____

The undersigned hereby consent to the entry of the foregoing Decree:

For Cenegenics:

DATED: December ___, 2020 12/11/2020

_____
KRISTY BERRY
*on behalf of* BESTLIFE HOLDINGS, INC.
DBA CENEGENICS,
*as its Chief Executive Officer*

_____/s/ Matthew D. Murphey_____
MATTHEW D. MURPHEY, ESQ.
(*pro hac vice*)
matt@themurpheylawyers.com
MURPHEY & MURPHEY
A PROFESSIONAL CORPORATION
120 Vantis Drive, Suite 300
Aliso Viejo, CA  92656

MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Cenegenics, LLC*

For Aluvalife and Richie:

DATED: December ___ 2020

_____
JAMES D. RICHIE
*Individually and on behalf of*
ALUVALIFE, LLC
*as its Manager*

_____/s/ Melanie A. Hill_____
MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
Melanie@MelanieHillLaw.com
MELANIE HILL LAW PLLC
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Telephone: (702) 362-8500
Facsimile: (702) 362-8505

*Attorneys for Defendants James D. Richie and Aluvalife, LLC, aka Anti-Aging and Wellness, aka Anti-Aging and Wellness Clinic, dba Anti-Aging and Wellness Medical*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

6

13.     This Court retains jurisdiction over this action and the Parties for the purpose of enforcing and modifying this Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: ___1/7/2021_____

The undersigned hereby consent to the entry of the foregoing Decree:

| For Cenegenics: | For Aluvalife and Richie: |
|---|---|
| DATED: December ___, 2020 | DATED: December _10_ 2020 |
| | |
| KRISTY BERRY<br>*on behalf of* BESTLIFE HOLDINGS, INC.<br>DBA CENEGENICS,<br>*as its Chief Executive Officer* | JAMES D. RICHIE<br>*Individually and on behalf of*<br>ALUVALIFE, LLC<br>*as its Manager* |
| ___/s/ Matthew D. Murphey___<br>MATTHEW D. MURPHEY, ESQ.<br>(*pro hac vice*)<br>matt@themurpheylawyers.com<br>MURPHEY & MURPHEY<br>A PROFESSIONAL CORPORATION<br>120 Vantis Drive, Suite 300<br>Aliso Viejo, CA  92656<br><br>MAXIMILIEN D. FETAZ, ESQ.<br>Nevada Bar No. 12737<br>mfetaz@bhfs.com<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>*Attorneys for Plaintiff Cenegenics, LLC* | ___/s/ Melanie A. Hill___<br>MELANIE A. HILL, ESQ.<br>Nevada Bar No. 8796<br>Melanie@MelanieHillLaw.com<br>MELANIE HILL LAW PLLC<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br><br>*Attorneys for Defendants James D. Richie and Aluvalife, LLC, aka Anti-Aging and Wellness, aka Anti-Aging and Wellness Clinic, dba Anti-Aging and Wellness Medical* |

BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>702.382.2101