AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BESTLIFE HOLDINGS, INC. dba CENEGENICS,

           Plaintiff,

v.

ANTI-AGING AND WELLNESS CLINIC, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01081-KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant in the amount of $35,596.81.

_3/3/2023_  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk